STATE of Missouri, Respondent,

v.

Brian SHELTON, Appellant.

No. WD 40249.

Missouri Court of Appeals, Western District.

July 25, 1989.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

PER CURIAM.

### ORDER

Appeal from conviction for possession of over 35 grams of marijuana, § 195.010, RSMo 1986, and sentence of eight years imprisonment. Appeal from dismissal of motion under Rule 29.15 because the motion was not timely filed.

Judgement affirmed. Rule 30.25(b).